# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JARVIONTAE TYKEE MCLAURINE<br><br>_Defendant(s)_ | )<br>)<br>) Case No.<br>)     3:23-mj-75<br>)<br>)<br>) |

FILED
NOV 27 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 13, 2023__ in the county of __Richmond__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_T.R._ _[signature]_
_Complainant's signature_

Travis Jefferson, ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __11/27/2023__

/s/ MRC
_Judge's signature_

Mark R. Colombell, U.S. Magistrate Judge
_Printed name and title_

City and state: __Richmond, Virginia__

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:23-mj-75 |
| ) | |
| JARVIONTAE TYKEE MCLAURINE, ) | |
| ) | |
| *Defendant.* ) | |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Travis Jefferson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since August 2021, and have over thirteen years of experience as a law enforcement officer in the Commonwealth of Virginia. I have previously been federally sworn as a Special Deputy United States Marshal, assigned to the Capital Area Fugitive Task Force, and the High Intensity Drug Trafficking Area (Appalachian Division) Task Force. I have conducted, and assisted in multiple investigations to include narcotics, violent crime, fraud, larceny, assault, firearm violations, as well as numerous other criminal violations. I am familiar with the methods violent offenders use to conduct their illegal activities, to include their communication methods. I have also authored multiple search and seizure warrants along with criminal complaints in connection with these investigations. I have personally participated in the investigation set forth below.

2. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The information provided is based upon my personal knowledge, or that of other sworn law enforcement officers participating in this investigation.

3. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that JARVIONTAE TYKEE MCLAURINE (black male, date of birth 1/XX/2000, social security number XXX-XX-1561; 5'9" tall and 130 lbs., black hair, brown eyes; currently in custody at the Richmond City Jail) has committed violations of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon.

## RELEVANT STATUTORY PROVISIONS

4. 18 U.S.C. § 922(g)(1) Possession of a Firearm by a Convicted Felon.

## PROBABLE CAUSE

5. On October 13, 2023, at approximately 5:55 p.m., Richmond Police Department Officers Gayles, Malone, and El were patrolling the 1600 Block of Glenfield Avenue, Richmond, Virginia 23224 (Hillside Court) when they observed two individuals walking on the sidewalk. Officers observed a noticeable bulge in one of the individual's pants. As that subject, later identified as JARVIONTAE TYKEE MCLAURINE, viewed the marked police vehicle, MCLAURINE quickly adjusted his waistline. Officer El also noticed two black clips connected to the beltline of MCLAURINE's pants which the officer believed was consistent with an inner waistband holster for concealing a firearm. As officers slowed the marked vehicle down to get out and converse with MCLAURINE, he began to angle his body away from the officers and reach for the center area of his waistline. Officers quickly got out of their marked patrol vehicle and MCLAURINE started running. Within five to ten steps of Officer El

getting out of the patrol vehicle, he observed MCLAURINE grab the holster/gun out of his waistline and toss the holster/gun to the ground. A foot pursuit ensued throughout the apartment complex. Officer El detained the subject at the 1700 Block of Rosecrest while Officer Gayle recovered the firearm.

6. Due to an angry converging crowd and officer safety concerns, MCLAURINE was transported to the closest police department to continue the investigation and for questioning. Officers informed MCLAURINE that he was being arrested for the concealed firearm and running from the police. While transporting MCLAURINE to the police department, officers ran MCLAURINE's information through Teletype and determined that he had prior felony convictions.

7. Post-*Miranda*, MCLAURINE confirmed he was a felon and stated that he was on probation. He claimed the firearm belonged to the individual he was with when officers first saw him.

8. MCLAURINE has three adult felony convictions. On June 28, 2023, MCLAURINE was convicted of Possession of a Firearm by a Non-Violent Felon. On August 2, 2023, MCLAURINE was convicted of False Statement on a Criminal Consent Form and Attempted Possession of a Firearm by a Felon.

9. MCLAURINE signed documents through the Virginia Department of Corrections Probation and Parole Office on July 19, 2023, acknowledging that after his felony convictions, he could not be in possession of a firearm.

10. The firearm recovered by Officer Gayles was a Taurus, Model G3C, 9mm semi-automatic pistol, bearing serial number AEA025354. The firearm was loaded with 13 rounds of

3

9mm ammunition. This firearm has been determined to have traveled in interstate commerce due to being manufactured outside the Commonwealth of Virginia.

## CONCLUSION

11. Based on the aforementioned information, I respectfully submit there is probable cause to charge MCLAURINE with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section (922)(g)(1) based on the arrest of MCLAURINE on October 13, 2023.

Respectfully submitted,

Travis Jefferson
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Reviewed and Approved: AUSA Jessica Wright

Sworn and subscribed to before me on November 27th, 2023, in Richmond, Virginia

/s/ MRC
Honorable Mark R. Colombell
United States Magistrate Judge

4